Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Madeline A. Woodall (State Bar No. 351664)
2025-02-03@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Applicant HMD Global Oy*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. _____<br><br>**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and admitted to the bar of this Court. I am a partner at the law firm of Warren Kash Warren LLP, counsel for applicant HMD Global Oy ("HMD") in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the proposed subpoena seeking documents from Apple, Inc. for HMD's use in pending legal proceedings in Germany between HMD and Huawei Technologies Co., Ltd.

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 3, 2025, in San Francisco, California.

_____
Matthew S. Warren