UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. _____<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

Having considered the Ex Parte Application of HMD Global Oy for an Order Under 28 U.S.C. § 1782 to Obtain Discovery For Use in Foreign Proceedings, the Court finds good cause for the entry of this Order and GRANTS the Application.

**IT IS SO ORDERED.**

Date: _____, 2025

_____
UNITED STATES DISTRICT JUDGE