Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Madeline A. Woodall (State Bar No. 351664)
2025-02-03@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Applicant HMD Global Oy*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. **RULE 7.1 DISCLOSURE STATEMENT OF HMD GLOBAL OY** |

Under Rule 7.1 of the Federal Rules of Civil Procedure, HMD Global Oy makes this corporate disclosure statement: HMD Global Oy has no parent corporation. No publicly held corporation owns 10% or more of HMD Global Oy's stock. HMD Global Oy is not aware of any publicly held corporation indirectly owning 10% or more of its stock.

Date: February 3, 2025

Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Madeline A. Woodall (State Bar No. 351664)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
2025-02-03@cases.warrenlex.com

*Attorneys for HMD Global Oy*