UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HMD GLOBAL OY,<br><br>Applicant. | Case No. 25-mc-80022-SVK<br><br>**ORDER OF RECUSAL** |

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: February 4, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge