UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HMD Global Oy<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Ex Parte<br><br>　　　　　Defendant(s). | Case No. 25-mc-80022-VKD<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: February 6, 2025

NAME: Matthew S. Warren

*Signature*

COUNSEL FOR (OR "PRO SE"): HMD Global Oy

**CERTIFICATE OF SERVICE**

I, Madeline A. Woodall, certify under 28 U.S.C. § 1746:

On February 6, 2025, I served the foregoing Consent or Declination to Magistrate Jurisdiction on Apple Inc. by First Class Mail at the following address:

> Apple Inc.
> ℅ CT Corporation System
> 330 North Brand Boulevard
> Glendale, California, 91203

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 6, 2025, in San Francisco, California.

_____
Madeline A. Woodall