| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Warren Kash Warren LLP<br>Matthew S. Warren SBN 230565<br>2261 Market Street, No. 606<br>San Francisco, CA 94114<br>TELEPHONE NO: (415)895-2940    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: 25-80022@cases.warrenlex.com<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Jose<br>280 S. First St. #2112<br>San Jose, CA  95113-3008 | |
| PLAINTIFF / PETITIONER: In Re Ex Parte Application of HMD Global Oy<br>DEFENDANT / RESPONDENT: Ex Parte | CASE NUMBER:<br>5:25-mc-80022 |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>12653285 (24656940) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Order Setting Deadlines

2. Party Served:             Apple Inc.

3. Person Served:            CT Corporation System

4. Date & Time of Delivery:  February 6, 2025 at 12:23 pm PST

5. Address, City and State:  330 North Brand Blvd #700 Glendale, CA, 91203

6. Manner of Service:        Personal Service - By personally delivering copies.

Fee for service: $50.00

Registered California process server.
Joshua May
County: Los Angeles
Registration No.: 2022270694

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*(signature)*

Joshua May

Date: February 6, 2025