JAMES R. SIGEL (State Bar No. 288478)
  jamessigel@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-4850

JOSEPH ELIE-MEYERS (State Bar No. 325183)
  josepheliemeyers@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800

Attorneys for Respondent,
APPLE INC.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 25-mc-80022-VKD<br><br>**RESPONDENT APPLE INC.'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Respondent Apple Inc. certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED this 19th day of February, 2025.

Davis Wright Tremaine LLP

s/ *James Sigel*
James Sigel

*Attorneys for Respondent Apple Inc.*

---