1    JAMES R. SIGEL (State Bar No. 288478)
       jamessigel@dwt.com
2    DAVIS WRIGHT TREMAINE LLP
     50 California Street, 23rd Floor
3    San Francisco, CA 94111
     Telephone:  (415) 276-4850
4
     JOSEPH ELIE-MEYERS (State Bar No. 325183)
5      josepheliemeyers@dwt.com
     DAVIS WRIGHT TREMAINE LLP
6    350 South Grand Avenue, 27th Floor
     Los Angeles, California 90071
7    Telephone: (213) 633-6800
8
     Attorneys for Respondent,
9    APPLE INC.
10
11                    **IN THE UNITED STATES DISTRICT COURT**
12                    **NORTHERN DISTRICT OF CALIFORNIA**
13
14   IN RE: *EX PARTE* APPLICATION OF          Case No. 25-mc-80022-VKD
     HMD GLOBAL OY FOR AN ORDER
15   UNDER 28 U.S.C. § 1782 TO OBTAIN
     DISCOVERY FOR USE IN FOREIGN
16   PROCEEDINGS                               **RESPONDENT APPLE INC.'S
                                               RESPONSE TO EX PARTE
17                                             APPLICATION OF HMD GLOBAL
                                               OY FOR AN ORDER UNDER 28
18                                             U.S.C. § 1782 TO OBTAIN
                                               DISCOVERY FOR USE IN
19                                             FOREIGN PROCEEDINGS**
20
21
22
23
24
25
26
27
28

                                          1
     _____
     RESPONSE TO EX PARTE APPLICATION

1    Pursuant to this Court's February 5, 2025, order (Dkt. 8), Respondent Apple

2 Inc. ("Apple"), submits the following response to the application of Petitioner HMD

3 Global OY ("HMD") for an order granting leave to obtain discovery pursuant to 28

4 U.S.C. § 1782 (Dkt. 1, "Application").

5    Apple takes no position at this time on whether HMD's Application should be

6 granted, but it reserves all rights in connection with any subsequent subpoena.

7 Among other things, Apple is currently seeking to assess the confidentiality of the

8 information HMD is seeking, whether that information might be admissible or

9 probative in the German proceedings, and how its confidentiality might be

10 protected.  Apple is also currently unsure whether and in what circumstances the

11 discovery HMD seeks from Apple could be obtained in the German proceedings.

12 Apple notes, in particular, that while HMD's Application states that the German

13 court "denied" HMD's requests for the production of certain Qualcomm licenses

14 (Dkt. 1 at 9), the supporting declaration says only that the requests "were not

15 granted," suggesting that the court may not yet have definitively ruled on them

16 (Dkt. 1-1 at 9).

17    Apple reserves all rights and objections with respect to HMD's proposed

18 subpoena (Dkt. 1-3, "Subpoena"), if it should issue.  As this Court's February 5,

19 2025 order recognizes, Apple's response is "without prejudice to [Apple's]

20 opportunity to file a motion to quash or modify the subpoena, if one is issued."

21 (Dkt. 8.)  It is well-established that respondents in § 1782 proceedings may move to

22 quash or otherwise object to subpoenas issued after the initial § 1782 application is

23 granted.  *E.g.*, *CPC Pat. Techs. Pty Ltd. v. Apple Inc.*, 119 F.4th 1126, 1134 (9th

24 Cir. 2024) (recognizing that respondents in § 1782 proceedings may subsequently

25 object to or move to quash subpoenas after the initial grant of a § 1782 application);

26 *In re Application of JSC Com. Bank Privatbank*, No. 21-MC-80216-VKD, 2021 WL

27 4355334, at *4 (N.D. Cal. Sept. 24, 2021) (holding that respondent would have the

28 opportunity to object to document requests following service of subpoena, where it

2

RESPONSE TO EX PARTE APPLICATION

1    was unclear at the application stage whether production of requested discovery

2    would be unduly burdensome).

3           Accordingly, if this Court grant HMD's Application, Apple respectfully

4    requests that the Court's order recognize that Apple may subsequently move to

5    quash or otherwise challenge the Subpoena.

6           DATED this 19th day of February, 2025.

7                                          Davis Wright Tremaine LLP

8

9                                          s/ *James Sigel*
                                           James Sigel

10

11                                         *Attorneys for Respondent Apple Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           3
_____
RESPONSE TO EX PARTE APPLICATION