JAMES R. SIGEL (State Bar No. 288478)
  jamessigel@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-4850

JOSEPH ELIE-MEYERS (State Bar No. 325183)
  josepheliemeyers@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800

Attorneys for Respondent,
APPLE INC.

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HMD GLOBAL OY,<br><br>        Petitioner,<br><br>    v.<br><br>APPLE, INC.<br><br>        Respondent | Case No. 25-mc-80022-EKL<br><br>**RESPONSE TO ORDER RE BAR ADMISSION TO PRACTICE** |

On April 22, 2025, this Court issued an order advising that defendant's counsel Joseph Elie-Meyers was not found on the membership rolls of the bar of the Northern District of California. Dkt. 17. The Court ordered counsel to address their admission to practice before this Court within seven days and to promptly advise the Court of any change in their Northern District of California bar admission status. *Id.*

/ / /

/ / /

Counsel regrets this error and hereby advises the Court that Mr. Elie-Meyers was admitted to practice in the Northern District of California effective April 24, 2025.

DATED this 28th day of April, 2025.

Davis Wright Tremaine LLP

/s/ *James R. Sigel*
James R. Sigel
Joseph Elie-Meyers

*Attorneys for Respondent Apple Inc.*

---

RESPONSE TO ORDER RE BAR ADMISSION
Case No. 25-mc-80022