Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Madeline A. Woodall (State Bar No. 351664)
25-80022@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Applicant HMD Global Oy*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS ) ) ) ) ) ) | Case No. 5:25-mc-80022-EKL<br><br>**PROOF OF SERVICE** |

Case No. 5:25-mc-80022-EKL
PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Warren Lex LLP<br>Matthew Warren SBN 230565<br>2261 Market Street, No. 606<br>San Francisco, CA 94114<br>TELEPHONE NO: (415)895-2940    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:  25-80022@cases.warrenlex.com<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Jose<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |

| PLAINTIFF / PETITIONER: In Re Ex Parte Application of HMD Global Oy<br>DEFENDANT / RESPONDENT: | CASE NUMBER:<br>5:25-mc-80022 |
|---|---|
| HEARING DATE:<br>2025-05-15 | HEARING TIME:<br>12:00 AM | HEARING LOCATION: |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>13328093 (25391403) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Order Granting Ex Parte Application Pursuant to 28 U.S.C. § 1782

2. Party Served: Apple Inc. by serving Jaqueline Mejia — CT Corporation System - Agent for Service

3. Date & Time of Delivery: May 16, 2025 at 12:37 pm PDT

4. Address, City and State: 330 North Brand Blvd #700 Glendale, CA, 91203

5. I received the above document(s) for service on: May 15, 2025

6. Witness Fees: Witness fees and mileage both ways were not demanded or paid.

Fee for service: $50.00

Registered California process server.
Joshua May
County: Los Angeles
Registration No.: 2022270694

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Joshua May*

Joshua May

Date: May 16, 2025