**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 25-mc-80022-EKL<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO QUASH SUBPOENA ISSUED PURSUANT TO 28 U.S.C. § 1782** |

The Court, having considered Apple Inc.'s ("Apple") Motion to Quash, the pleadings herein, the papers filed in support of the Motion, and any oral argument, now hereby,

ORDERS that Apple's Motion to Quash the subpoena served on it by HMD Global Oy is GRANTED.

Dated: _____        _____
                                                            THE HON. EUMI K. LEE
                                                            UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER GRANTING APPLE INC.'S
MOTION TO QUASH SUBPOENA
Case No. 25-mc-80022-EKL