UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 5:25-mc-80022-EKL<br><br>**[PROPOSED] ORDER DENYING RESPONDENT APPLE INC.'S MOTION TO QUASH SUBPOENA ISSUED PURSUANT TO 28 U.S.C. § 1782** |

Having considered Respondent Apple Inc.'s Motion to Quash Subpoena Issued Pursuant to 28 U.S.C. § 1782, and all pleadings, papers and oral argument in this action, the Court finds good cause for the entry of this Order and DENIES the Motion. Apple shall produce all documents responsive to HMD's subpoena within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Eumi K. Lee
United States District Judge