1   Matthew S. Warren (State Bar No. 230565)
2   Erika H. Warren (State Bar No. 295570)
    Madeline A. Woodall (State Bar No. 351664)
3   25-80022@cases.warrenlex.com
    WARREN KASH WARREN LLP
4   2261 Market Street, No. 606
    San Francisco, California, 94114
5   +1 (415) 895-2940
    +1 (415) 895-2964 facsimile
6

7   *Attorneys for Applicant HMD Global Oy*

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13   IN RE: *EX PARTE* APPLICATION OF          )    Case No. 5:25-mc-80022-EKL
     HMD GLOBAL OY FOR AN ORDER                )
14   UNDER 28 U.S.C. § 1782 TO                 )    **DECLARATION OF MATTHEW S.**
     OBTAIN DISCOVERY FOR USE IN               )    **WARREN IN SUPPORT OF**
15   FOREIGN PROCEEDINGS                       )    **OPPOSITION BY HMD GLOBAL OY**
                                               )    **TO RESPONDENT APPLE INC.'S**
16                                             )    **MOTION TO QUASH SUBPOENA**
                                               )    **ISSUED PURSUANT TO 28 U.S.C. § 1782**
17   _____       )

18   I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

19          1.      I am an attorney licensed to practice in the State of California and admitted to the bar of

20   this Court.  I am a partner at the law firm of Warren Kash Warren LLP, counsel for applicant HMD

21   Global Oy ("HMD") in this action.  I have personal knowledge of the matters set forth herein and, if

22   called as a witness, could and would testify competently thereto.

23          2.      Attached as Exhibit 1 is a true and correct copy of an email I sent on May 27, 2025.

24   I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 12, 2025, in

25   San Francisco, California.

26

27                                                     _____
                                                       Matthew S. Warren
28

                                                       Case No. 5:25-mc-80022-EKL
     DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF OPPOSITION TO MOTION TO QUASH